BTXN 049 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                          §
Highland Capital Management, L.P.               §
                                                §   Case No.:   19–34054–sgj11
                          Debtor(s)             §   Chapter No.:   11
                                                §
The Dugaboy Investment Trust                    §
                          Appellant(s)          §
        vs.                                     §
Highland Capital Management, L.P., et al.       §
                          Appellee(s)           §
                                                §
                                                §
                                                §
                                                §
                                                §

## NOTICE OF TRANSMITTAL

I am transmitting:

☐   The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).

☐   The Motion for Stay Pending Appeal (USDC Action No. – DNC Case).

☐   The Proposed Findings of Fact and Conclusions of Law.

☐   The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).

☐   On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.

☐   Other

☑   Copies of: Notice of appeal, appealed order [4689] and supporting documents

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753–2200.

DATED:  7/28/26                    FOR THE COURT:
                                   Stephen J Manz, Clerk of Court

                                   by: /s/Sheniqua Whitaker, Deputy Clerk

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.:  19–34054–sgj11

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G Jernigan
    Emily Chang
    Brock Giles
    Attorney(s) for Appellant
    US Trustee

**Appellant**  The Dugaboy Investment Trust

MORGAN LEWIS BOCKIUS LLP
Michael J. Edney
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
T: (202)–739–3000

Martha B. Stolley (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178–0060
T. (212) 309–6000

Avery Joseph Welker
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
T. (713) 890–5000

And

KING & SPALDING LLP
Geoffrey S. Harper
John Michael Gaddis
2601 Olive Street, Suite 2300
Dallas, TX 75201
T: (214) 764–4600

**Appellee**  Highland Capital Management, L.P.

PACHULSKI STANG ZIEHL & JONES LLP
Jeffery N. Pomerantz
John A. Morris

Gregory V. Demo
Hayley R. Winograd
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
T: (310) 277–6910

And

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy. Ste. 106
Dallas, TX 75231
T: (972) 755–7100


**Appellee**   : Highland Claimant Trust

PACHULSKI STANG ZIEHL & JONES LLP
Jeffery N. Pomerantz
John A. Morris
Gregory V. Demo
Hayley R. Winograd
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
T: (310) 277–6910

And

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy. Ste. 106
Dallas, TX 75231
T: (972) 755–7100

**Appellee**   The Highland Litigation Sub–Trust

QUINN EMANUEL URQUHART & SULLIVAN LLP
Deborah J. Newman (admitted pro hac vice)
Robert S. Loigman (admitted pro hac vice)
51 Madison Avenue, 22nd Floor New York, NY 10010
T: (212) 849–7000

And

SIDLEY AUSTIN LLP
Paige Holden Montgomery
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
T: (214) 981–3300


**Appellee**   Hunter Mountain Investment Trust

KELLY HART PITRE
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801–1916
T: (225) 381–9643

Amelia L. Hurt
400 Poydras Street, Suite 1812
New Orleans, LA 70130
T: (504) 522–1812

BTXN 150 (rev. 11/10)

In Re:                                                    §
Highland Capital Management, L.P.                         §    Case No.:  19–34054–sgj11
                                                          §    Chapter No.:   11
                                                          §
                                    Debtor(s)             §

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.** (a) **APPELLANT**
            The Dugaboy Investment Trust

   **APPELLEE**
   Highland Capital Management, L.P., et al,

   (b) County of Residence of First Listed Party:
        (EXCEPT IN U.S. PLAINTIFF CASES)

   County of Residence of First Listed Party:
   (IN U.S. PLAINTIFF CASES ONLY)

   (c) Attorney's (Firm Name, Address, and Telephone Number)
        See Service List

   Attorney's (If Known)
   See Service List

## II. BASIS OF JURISDICTION

○ 1  U.S. Government Plaintiff

○ 2  U.S. Government Defendant

◉ 3  Federal Question (U.S. Government Not a Party)

○ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. NATURE OF SUIT

◉ 422 Appeal 28 USC 158     ○ 423 Withdrawal 28 USC 157     ○ 890 Other Statutory Actions

## V. ORIGIN

◉ 1  Original Proceeding

○ 2  Removed from State Court

○ 3  Remanded from Appellate Court

○ 4  Reinstated or Reopened

○ 5  Transferred from another district

○ 6  Multidistrict Litigation

○ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity)**:
422 Appeal 28 USC 158

Brief description of cause:
Notice of appeal of a bankruptcy court order

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
Judge:                                    Docket Number:  3:26–cv–02315–X

DATED:  7/28/26

FOR THE COURT:
Stephen J Manz, Clerk of Court
by: /s/Sheniqua Whitaker, Deputy Clerk