# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### 1100 COMMERCE STREET
### DALLAS, TEXAS 75242

**ADA BROWN**                                          **214/753-2360 Chambers**

**U.S. District Judge**                                **214/753-2660 Facsimile**

August 3, 2026

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242

Re:   *The Dugaboy Investment Trust, et al. v. Highland Capital Management LP et al.* (3:26-cv-02496)

Dear Ms. Mitchell:

I hereby voluntarily recuse myself from the above styled and numbered cases. Please see that they are assigned to another judge per the usual procedure.

Sincerely,

_____
**ADA BROWN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**