**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| The Dugaboy Investment Trust | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 3:26-cv-02496-D |
| | § | |
| | § | |
| Highland Capital Management LP et al. | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Willkie Farr & Gallagher LLP                                                      , with offices at

1875 K Street NW
(Street Address)

Washington                                          DC                  20006
(City)                                              (State)            (Zip Code)

202-303-1000                                        202-303-2000
(Telephone No.)                                     (Fax No.)

**II.**     Applicant will sign all filings with the name  Mark T. Stancil                        .

**III.**     Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Highland Capital Management LP and the Highland Claimant Trust

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____District of Columbia_____, where Applicant regularly practices law.

For Court Use Only.
Bar StatusVerified:

_____

Bar license number: _479012_____        Admission date: _September 13, 2002_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

Court:                          Admission Date:                    Active or Inactive:

_See Attached_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

 N/A

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings— regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

 N/A

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

 N/A

**IX.**　　Applicant has filed for *pro hac vice* admission in the United States District Court for the

Northern District of Texas during the past three (3) years in the following matters:

Date of Application:　　　　　Case No. And Style:

 10/17/2023 　　　　　　　　 3:23-cv-02071, Hunter Mountain Investment Trust, v. Highland Capital 

 7/22/2024 　　　　　　　　　 3:24-cv-01787, Hunter Mountain Investment Trust, v. Highland Capital 

 2/7/2025 　　　　　　　　　　 3:24-cv-01786, Hunter Mountain Investment Trust, v. Highland Capital 

　　　　　　　　(If necessary, attach statement of additional applications.)

7/28/2026　　　　　　　　　 3:26-cv-2315-X, Dugaboy Investment Trust v. Highland Capital Mgmt.

**X.**　　　Local counsel of record associated with Applicant in this matter is

 Zachery Z. Annable, Hayward PLLC 　　　　　　　　　　　　　, who has offices at

 10501 N. Central Expressway, Suite 106 

(Street Address)

 Dallas 　　　　　　　　　　　　　 TX 　　　　　　　　 75231 

(City)　　　　　　　　　　　　　　　(State)　　　　　　　(Zip Code)

 (972) 755-7108 　　　　　　　　　　 (972) 755-7110 

(Telephone No.)　　　　　　　　　　　(Facsimile No.)

**XI.**　　Check the appropriate box below.

　　　For Application in a **Civil Case**

　　　☑　Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121
F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will
comply with the standards of practice adopted in *Dondi* and with the local civil rules.

　　　For Application in a **Criminal Case**

　　　☐　Applicant has read and will comply with the local criminal rules of this court.

**XII.**　　Applicant respectfully requests to be admitted to practice in the United States District Court for

the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this

document has been served upon each attorney of record and the original upon the clerk of court,

accompanied by a $100 filing fee, on this the 　11th 　 day of August 　　　　　　　　, 　2026 　.

 Mark T. Stancil 

Printed Name of Applicant

 /s/Mark T. Stancil 

Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

| Court | Admission Date | Active or Inactive |
|---|---|---|
| USDC, District of Columbia | 11/4/2002 | Active |
| USDC, Eastern District of Virginia | 8/8/2007 | Active |
| USCA, First Circuit | 11/18/2013 | Active |
| USCA, Second Circuit | 07/10/2009 | Active |
| USCA, Third Circuit | 10/07/2002 | Active |
| USCA, Fourth Circuit | 11/19/2004 | Active |
| USCA, Seventh Circuit | 07/03/2013 | Active |
| USCA, Eighth Circuit | 05/20/2011 | Active |
| USCA , Ninth Circuit | 12/07/2006 | Active |
| USCA , Tenth Circuit | 02/24/2014 | Active |
| USCA, Eleventh Circuit | 07/14/2008 | Active |
| USCA, DC Circuit | 02/26/2010 | Active |
| USCA, Federal Circuit | 10/21/2002 | Active |
| U.S. Supreme Court | 1/18/2005 | Active |
| State of Virginia | 10/14/1999 | Active |



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Mark Thomas Stancil

*was duly qualified and admitted on September 13, 2002 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 27, 2026.**

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*