**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br>Reorganized Debtor. | Chapter 11<br>Case No. 19-34054-sgj11 |
| THE DUGABOY INVESTMENT TRUST,<br>Appellant,<br>v.<br>HIGHLAND CAPITAL MANAGEMENT, L.P. *et al.*,<br>Appellees. | Case No. 3:26 CV-2496-D |

**ORDER GRANTING**
**MOTION TO WITHDRAW HAYLEY R. WINOGRAD AS COUNSEL**

Upon consideration of the *Motion to Withdraw Hayley R. Winograd as Counsel* (the "Motion")[1] filed by Highland Capital Management, L.P. ("Highland") and the Highland Claimant Trust (the "Claimant Trust"), appellees in the above-referenced matter (the "Appeal"), the Court finds and concludes that the factual and legal bases set forth in the Motion establish sufficient cause for the relief granted in this Order; therefore, after due deliberation, **IT IS ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. Hayley R. Winograd is permitted to withdraw as counsel of record for Highland and the Claimant Trust in the Appeal.

3. The Clerk of this Court and all parties are directed to remove Hayley R. Winograd as counsel of record for Highland and the Claimant Trust on the docket and any applicable service list, including the Court's CM/ECF electronic notification list, maintained in the Appeal.

**IT IS SO ORDERED** August 18, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE