**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| THE DUGABOY INVESTMENT TRUST,<br>*Appellant,*<br>v.<br>HIGHLAND CAPITAL MANAGEMENT, L.P., et al.,<br>*Appellees* | CASE NO. 3:26-cv-02496-D |

**NOTICE OF APPEARANCE OF JOHNNY SUTTON ON BEHALF OF APPELLANT**

COMES NOW the undersigned, Johnny Sutton, a duly licensed and admitted member of the Bar of this Court, and hereby notices his appearance on behalf of Appellant in the above styled and numbered cause.

RESPECTFULLY SUBMITTED this the 8th day of October, 2026,

*ls/Johnny Sutton*
Johnny Sutton
Texas Bar No. 19534250
Ashcroft Law Firm
PO Box 160368
Austin, TX 78716
Phone: (512) 370-1800
Email: jsutton@ashcroftlawfirm.com

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5(b)(2)(E) and LR5.3, I hereby certify that on October 8 , 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*ls/Johnny Sutton*
Johnny Sutton