IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Debtor. | § | |
| | § | |
| THE DUGABOY INVESTMENT TRUST., | § | |
| | § | Civil Action No. 3:26-CV-2496-D |
| Appellant, | § | (Bankr. Ct. No. 19-34054-sgj11) |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| Appellee. | § | |

**ORDER**

This bankruptcy appeal is transferred to the docket of Judge Ed Kinkeade. All future filings shall be made under Civil Action No. 3:26-CV-2496-K, or as otherwise directed by Judge Kinkeade.

**SO ORDERED**.

October 9, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE