**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| THE DUGABOY INVESTMENT TRUST,<br><br>Appellant,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P., et al.,<br><br>Appellees. | On Appeal to the U.S. District Court for the Northern District of Texas<br><br>**Case No. 3:26-cv-02496-K** |

**APPELLANT THE DUGABOY INVESTMENT TRUST'S UNOPPOSED MOTION TO SUPPLEMENT THE RECORD ON APPEAL**

Appellant The Dugaboy Investment Trust ("Dugaboy") respectfully submits this Unopposed Motion to Supplement the Record on Appeal in the above-referenced matter. In support thereof, Dugaboy shows the Court as follows:

1. On May 11, 12, and 21, 2026, the Bankruptcy Court held an evidentiary hearing on Dugaboy's Motion for Relief from Order and Motion to Vacate under

Federal Rule of Civil Procedure 60(b) (the "Rule 60(b) Motion"). Bankr. Dkt. 4513.[1]

2. On June 15, 2026, the Bankruptcy Court issued an order denying Dugaboy's Rule 60(b) Motion. Bankr. Dkts. 4678, 4679.

3. On June 29, 2025, Dugaboy filed a motion to alter or amend and for reconsideration of the Bankruptcy Court's order denying its Rule 60(b) Motion pursuant to Federal Rule of Civil Procedure 59(e) ("Rule 59(e) Motion"). Bankr. Dkt. 4684.

4. On July 10, 2026, the Bankruptcy Court issued an order denying Dugaboy's Rule 59(e) Motion. Bankr. Dkt. 4689.

5. On July 24, 2026, Dugaboy timely filed its Notice of Appeal from the Bankruptcy Court's denial of its Rule 59(e) Motion, initiating the above-captioned appeal in this Court. Bankr. Dkt. 4698.

6. On August 7, 2026, Dugaboy timely filed its designation of items to be included in the record on appeal and statement of the issues to be presented. Bankr. Dkt. 4707.

7. On September 8, 2026, the Bankruptcy Clerk certified and transmitted the bankruptcy record on appeal (the "Record") to this Court. Dkts. 17, 21.

---

[1] Unless otherwise specified, all references to "Bankr. Dkt." herein are references to the docket in the main bankruptcy case, *In re Highland Cap. Mgmt., L.P.*, No. 19-cv-34054-sgj (Bankr. N.D. Tex.).

8. Upon review of the Record, Dugaboy learned that the following transcripts were inadvertently omitted from the transmitted Record, listed as item 8 in Dugaboy's designation of items to be included in the record on appeal and a statement of the issues to be presented (Bankr. Dkt. 4707):

a. Transcripts of hearing held May 11, 12, and 21, 2026, before Judge Brad W. Odell regarding the Rule 60(b) Motion (Bankr. Dkts. 4655, 4662, and 4671).

9. On November 19, 2026, counsel for Dugaboy contacted the Bankruptcy Clerk's office to notify the Clerk that the properly designated transcripts were inadvertently omitted from the Bankruptcy Clerk's transmittal to this Court.

10. As such, pursuant to Federal Rule of Bankruptcy Procedure 8009(e), Dugaboy requests that the transcripts attached hereto as Exhibits A–C (Bankr. Dkts. 4655, 4662, and 4671) be included as a supplement to the Record to be certified by the Bankruptcy Clerk and transmitted to this Court.

11. Upon a conference between counsel for Dugaboy and counsel for Highland Capital Management, L.P. ("Highland"), Highland's counsel indicated that Highland is unopposed, and agrees, to the relief requested in this Motion to Supplement the Record on Appeal.

For the above reasons, Dugaboy respectfully requests that the Court issue an Order to allow and require the Bankruptcy Clerk to Certify and Transmit a supplemental record on appeal that includes the transcripts attached hereto.

Dated: November 19, 2026

Respectfully submitted,

**KING & SPALDING LLP**

By: /s/ *Geoffrey S. Harper*

Geoffrey S. Harper
Texas Bar No. 00795408
gharper@kslaw.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201
(214) 764-4600

Michael J. Edney
D.C. Bar No. 492024
michael.edney@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
T. (202) 739-3000
F. (202) 739-3001

Avery Joseph Welker
Texas Bar No. 24137706
avery.welker@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
Tel.: (713) 890-5000
Fax: (713) 890-5001

*Counsel for Appellant The Dugaboy Investment Trust*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on November 19, 2026, John Michael Gaddis, counsel for The Dugaboy Investment Trust, contacted John Morris and Mark Stancil, counsel for Appellees, regarding the substance of the foregoing Motion to Supplement the Record on Appeal. Mr. Morris confirmed that Appellees are not opposed to the relief sought herein.

/s/ *Geoffrey S. Harper*
Geoffrey S. Harper

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 19, 2026, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

/s/ *Geoffrey S. Harper*
Geoffrey S. Harper

## CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit of Fed. R. Bankr. P. 8013(f)(3)(A) because, excluding the portions excluded by Fed. R. Bankr. P. 8015(g), this document contains **495** words.
2. This document complies with the typeface requirements of Fed. R. Bankr. P. 8015(a)(5) and the type-style requirements of Fed. R. Bankr. P. 8015(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word, typeface Times New Roman, 14-point type.

/s/ *Geoffrey S. Harper*
Geoffrey S. Harper